523 EARLE vs. CIRCUIT JUDGE (Kent), No. 12692.

To vacate an order granting leave to amend and continuing injunction until such amendment should be filed, and to enter order dismissing bill.

Denied June 10, 1892, with costs.

A bill had been filed against relator and another, and a preliminary injunction had been granted, restraining relator from paying over to his co-defendant any interest of such co-defendant in his father's estate. Relator demurred generally to the bill, and upon the hearing the court announced that he would sustain the demurrer with leave to plaintiff to amend,

and that in the meantime the injunction would be continued in force.

An order was entered January 4, 1892, sustaining the demurrer, but granting plaintiff leave to amend the bill of complaint within ten days and continuing the injunction in force for that period. Afterwards, on January 11, 1892, an order was entered permitting complainant to file certain amendments and reviving and continuing the temporary injunction.